# United States District Court

## *Southern District of Georgia*

CADEN SPIVEY

_____
Plaintiff

v.  TOPGOLF CALLAWAY
BRANDS, CORP., f/k/a
_____
Defendant

Case No.  6:24-CV-00004-JRH-BKE

Appearing on behalf of

Def. Topgolf Callaway Brands Corp.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __October__, __2024__.

*[Signature: Brian K. Epps]*
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Claire C. Murray

Business Address:

Weinberg Wheeler Hudgins Gunn & Dial
Firm/Business Name

3344 Peachtree Road, N.E.
Street Address

| Suite 2400 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-876-2600 | | 225885 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:  cmurray@wwhgd.com