IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CADEN SPIVEY,

    Plaintiff,

v.

TOPGOLF CALLAWAY BRANDS, CORP.
f/k/a CALLAWAY GOLF COMPANY,
et al.,

    Defendants.

CV 624-004

**O R D E R**

Before the Court is the Parties' stipulation of dismissal as to all claims brought by Plaintiff against Defendant Dick's Sporting Goods, Inc. (Doc. 74.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Dick's Sporting Goods, Inc. are **DISMISSED WITHOUT PREJUDICE.**[1] The Clerk is directed to **TERMINATE** Defendant Dick's Sporting Goods, Inc. as a party to this action. The case shall remain pending against all other Defendants. Each party shall bear its own costs and fees unless otherwise agreed.

---

[1] Because the notice does not state whether dismissal is with or without prejudice, the dismissal is without prejudice. (See Doc. 74; FED. R. CIV. P. 41(a)(1)(B).)

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA