AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CADEN SPIVEY,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:   6:24-cv-00004

TOPGOLF CALLAWAY BRANDS, CORP.
f/k/a Callaway Golf Company, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated August 20, 2025, Vision's motion to dismiss (Doc. 48) is granted and motion for summary judgment (Doc. 83) is denied as moot;  True Sports' motion to exclude expert testimony (Doc. 80) is denied; Callaway's motion to exclude expert testimony (Doc. 86) is granted; Plaintiff's motion to exclude expert testimony (Doc. 94) is denied; True Sports and Callaway's motions for summary judgment (Docs. 77, 87) are granted; and Callaway's motion to strike (Doc. 110) is denied as moot. This case stands closed.



| | |
|---|---|
| 8/20//2025 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020